Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HEYWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 17-cv-02890-CRB<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

    Defendant Garrett Hyer moved to dismiss this action on Sept. 13, 2017. Plaintiff Marco Heyward's response was due Sept. 27. However, Heyward has not responded as of the filing of this order. Accordingly, Heyward is ORDERED to show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). His response is due within 14 days of the filing of this order.

**IT IS SO ORDERED.**

Dated: Oct. 24, 2017

CHARLES R. BREYER
United States District Judge